B6A (Official Form 6A) (12/07)

**IN RE JONES, ERIC**
Debtor(s)

Case No. **13-12139-sr**
(If known)

# FIRST AMENDED SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **5133 Oxford Avenue, Philadelphia, Pa** | | J | 92,000.00 | 113,000.00 |
| **7761 Bennett Road, Wyncote, Pa 19095    Tenants by entirities** | | J | 243,394.00 | 335,492.00 |
| | | TOTAL | 335,394.00 | |

(Report also on Summary of Schedules)

New User? Register    Sign In    Help          Make Y! My Homepage          Mail    My Y!    Yahoo!

Search                                           Search Web

| HOME | OWN AND RENT | MAKEOVERS | DESIGN AND DECOR |

HOME LOANS    WHAT IS MY HOME WORTH?    WHAT CAN I AFFORD?    RESEARCH CENTER    YAHOO! CONTRIBUTOR NETWORK

Get Home Values    Address: 7761 Bennett Road    City & State or ZIP: Wyncote, PA 19095

# 7761 Bennett Road, Wyncote, PA 19095

**Home Details (what's this?)**
Residence: Single Family | Beds: 3 | Bath: 2.5 | Square Feet: 2,088
Lot Size: 12,096 | Year Built: 1955



Legend: ■ Searched Home   ■ Sold Comparable Homes   ■ Similar Homes for Sale

**Home Value Estimates (what's this?)**
Zillow          $243,394
eppraisal.com   $252,868

1 Year Home Value Change
1yr   5yr   10yr

See more graphs & data at Zillow.com

**Home Sale History and Tax (what's this?)**
Last Sold Date: 06/09/2006
Last Sold Price: $299,000
Tax assessed value: $143,890

See more sale history & tax info at Zillow.com

**Recently Sold Comparable Homes** | Nearby Similar Homes for Sale

| # | Address | Sold Price | Sold On | Bed | Bath | Square Feet | Distance (miles) | Comparable Relevance |
|---|---|---|---|---|---|---|---|---|
| * | 7761 Bennett Rd | -- | -- | 3 | 2.5 | 2,088 | 0.0 | 100% |
| 1 | 1803 68th Ave | $167,000 | 03/23/2012 | 4 | 2.5 | 1,624 | 1.5 | 100% |
| 2 | 402 Cheltena Ave | $463,000 | 09/12/2012 | 5 | 2.5 | 3,550 | 5,893.7 | 100% |
| 3 | 328 Greenwood Ave | $240,000 | 09/07/2012 | 3 | 1.5 | 1,708 | 5,893.7 | 100% |
| 4 | 217 Greenwood Ave | $243,000 | 10/16/2012 | 4 | 2.5 | 1,945 | 5,893.7 | 100% |
| 5 | 120 Cedar St | $269,000 | 05/07/2012 | 4 | 3.0 | 2,134 | 5,893.7 | 100% |
| 6 | 622 W Waverly Rd | $389,900 | 05/03/2012 | 5 | 2.0 | 2,234 | 5,893.7 | 100% |
| 7 | 444 Valley Rd | $215,000 | 06/12/2012 | 3 | 2.5 | 1,445 | 5,893.7 | 100% |
| 8 | 6636 N 17th St | $63,000 | 12/05/2012 | 3 | 1.5 | 1,352 | 1.7 | 100% |
| 9 | 1537 67th Ave | $135,000 | 05/18/2012 | 3 | 2.5 | 1,356 | 1.7 | 100% |
| 10 | 7301 Granite Rd | $147,500 | 04/16/2012 | 3 | 2.5 | 2,067 | 5,893.7 | 100% |
|   | Average | $233,240 | 07/06/2012 | 3.7 | 2.3 | 1,942 | 4,126.1 | 100% |

Showing 1-10 of 10 Recently Sold Comparable Homes (what's this?)        Previous 1 Next
Data provided by Zillow and subject to Zillow terms of use. Click here for more information

## Next Steps...
**Contact Local Real Estate Appraisers**

**Bank of America Home Loans** Mortgage

Sign In    Home    Locations    Contact Us    En Español

Search Bank of America

| Home Loans | Mortgage Basics | Calculators | Rates & Loans | Accounts & Service | Real Estate Center |

Bank of America Real Estate Center®

## What's Your Home Worth?

The property value presented is an estimate based on public record data and other factors. The actual value of the property may vary.

**Enter an Address:** 5133 Oxford Avenue Philadelphia PA 19124
Example: 9577 Sunset Beverly Hills CA 90210

[Get Trend Report]

### Address: 5133 Oxford Ave, Philadelphia, PA 19124-2521

**Estimate Range**
$72,680 - $111,320



**Home Facts**

| | |
|---|---|
| Bedrooms | 4 |
| Baths | 1 |
| Living Area | 1,516 |
| Lot Size | 1,563 |
| Type | Row house (Residential) |
| Garage | 1 |
| Parcel | 62-1-3109-00 |
| County | PHILADELPHIA |
| Year Built | 1945 |
| Total Rooms | 7 |
| Heating | Hot Water |
| Cooling | |
| Number of Stories | |
| Legal Description | LOT015'11 1/2 X98' |

**Sales History**

| Sales Date | Sales Price |
|---|---|
| 03/07/2002 | $75,000 |
| 02/22/1995 | $75,000 |

**Tax Info**

| Tax Year | Improvements + Land | Total |
|---|---|---|
| 2010 | $11,991 + $1,705 = | $13,696 |
| 2009 | $11,991 + $1,705 = | $13,696 |
| 2008 | $11,991 + $1,705 = | $13,696 |
| 2007 | $11,991 + $1,705 = | $13,696 |
| 2006 | $11,991 + $1,705 = | $13,696 |












