UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

ERIC JONES
                                                : Bankruptcy No. 13-12139SR
        Debtor(s)                               : Chapter 13

ORDER

AND NOW, this __4th__ day of __June__, 2014, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

WAYNE R CROMIE ESQ
401 W JOHNSON HWY
STE 4
NORRISTOWN PA 194011983

ERIC JONES
7761 BENNETT ROAD
WYNCOTE,PA.19095-