# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                          :        Bankruptcy No.13-12139-SR
    Eric Jones                              Chapter 13

    Debtor

APPELLANT: Eric Jones

## CERTIFICATE OF APPEAL FROM ORDERS OF BANKRUPTCY JUDGE ENTERED ON June 5, 2014
## DATED June 4, 2014

Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia PA 19107-4299

Timothy B. McGrath
Clerk

Counsel/Parties of Record:

    Eric Jones
    7761 Bennett Road
    Wyncote, PA 19095
    Debtor/Appellant

    Wayne R. Cromie, Esq.
    401 West Johnson Highway
    East Norriton, PA 19401
    Counsel to the Debtor

    Polly A. Langdon
    Frederick L. Reigle, Esq.
    Chapter 13 Trustee
    2901 St. Lawrence Avenue
    P.O. Box 4010
    Reading, PA 19606

William Edward Craig, Esq.
110 Marter Avenue
Suite 301
Morrestown  NJ  08057
Counsel to Toyota Motor Credit Corporation

Heather Stacey Riloff, Esq.
Martha E. Von Rosenstiel, P.C.
649 south Ave.
Secane, PA  19018
Counsel to Federal National Mortgage Association

James Christopher Vandermark, Esq.
City of Philadelphia Law Department
1401 John F. Kennedy Boulevard
5th Floor, MSB
Philadelphia, PA  19102
Counsel to City of Philadelphia

Martha E. Von Rosenstiel, Esq.
Martha E. Von Rosenstiel, PC
649 South Avenue
Secane, PA  19018
Counsel to Federal National Mortgage Association
& Wells Fargo Bank, N.A.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                               :
                                                    :      Chapter 13
Eric Jones                                          :
                                                    :
                                                    :      Bankruptcy No. 13-12139-SR

CERTIFICATE OF APPEAL FROM ORDERS OF
THE BANKRUPTCY JUDGE ENTERED ON JUNE 5, 2014 AND
DATED JUNE 4, 2014

I, Timothy B. McGrath, Clerk of the U.S. Bankruptcy Court, Eastern District of Pennsylvania, herewith forward the above appeal and certify that the above proceeding was properly before the Honorable Stephen Raslavich, Bankruptcy Judge, and transmit herewith the following documents.

_7/29/14_                                           _____
Date                                                Timothy B. McGrath
                                                    Clerk

INDEX OF RECORD ON APPEAL

Notice of Appeal entered July 8, 2014 and dated July 3, 2014.         1.

Order Granting Application for Compensation entered June 5, 2014     2.
and dated June 4, 2014.

Order granting motion to dismiss Case entered June 5, 2014           3.
and entered June 4, 2014.

Certified copy of bankruptcy docket 13-12139.                         4.